# UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF VERMONT

United States of America

      v.                      Case No. 5:22-cr-49-1

Nathan Carman

## **<u>ORDER OF APPOINTMENT</u>**

The Office of the Federal Public Defender is hereby appointed as attorney of record for the above-named defendant.

BY ORDER OF THE COURT.

Dated at Rutland, in the District of Vermont, this 10th day of May, 2022.

                                    JEFFREY S. EATON, Clerk

                                    By: *Pamela J. Lane*
                                    Deputy Clerk