AO 442 (Rev. 11/11) Arrest Warrant

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 MAY 10 PM 4: 24

BY
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
District of Vermont

United States of America
v.

Nathan Carman

*Defendant*

) 
) Case No. 5:22-CR-49-01
)
)
)
)

## ARREST WARRANT

RCVD U.S. MARSHALS VT
MAY 03 2022 AT 02:00

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Nathan Carman,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Mail Fraud, Wire Fraud and Murder; in violation of 18 U.S.C. § 1341, 18 U.S.C. § 1343, and 18 U.S.C. § 1111.

Date: 05/02/2022

*Ed Morris*
*Issuing officer's signature*

City and state: Rutland, Vermont

Elizabeth Morris Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 5/3/2022, and the person was arrested on *(date)* 5/10/2022
at *(city and state)* Westminster, VT.

Date: 5/10/2022

*Arresting officer's signature*

Brittany Prue, Deputy US Marshal
*Printed name and title*

✱ For FBI ✱