UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 5:22-cr-49-gwc |
| | ) | |
| NATHAN CARMAN, | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION TO CONTINUE DETENTION HEARING

Defendant Nathan Carman, by and through counsel, moves to continue his detention hearing indefinitely, for good cause, and sets forth the following in support thereof:

1.  An indictment was filed against Mr. Carman on May 2, 2022 charging him with three counts of mail fraud in violation of 18 U.S.C. § 1341, four counts of wire fraud in violation of 18 U.S.C. § 1343, and one count of murder on the high seas (Count 7), in violation of 18 U.S.C. § 1111. He was arrested on May 10th and arraigned on May 11, 2022.

2.  Also on May 11, the government, through its counsel, filed a motion for pretrial detention of Mr. Carman pursuant to 18 U.S.C. § 3142(e) and (f), citing certain allegations of fact in support of the indictment. The Court set a detention hearing for May 16, 2022, at 1:30 p.m.

3.  This is a complex case, with factual allegations dating back to 2016, where many of the allegations occurred out of state. After speaking with Mr. Carman and reading the factual allegations set forth in the government's Motion, undersigned counsel believes it is necessary to pursue § 3142(g) factor investigation prior to a detention hearing on this matter. Specifically, counsel intends to seek out potential witnesses, records, and conduct other consultations and investigations, all of which will be of utmost importance to this Court's consideration of § 3142(g) factors at the detention hearing and counsel's argument for release. Counsel has a good

faith basis to believe that such investigation and preparation will take more than five days.

4.     Counsel has spoken with Assistant United States Attorneys Nathanael T. Burris and Paul J. Van de Graaf, and they have no objection to an extension of the motion's deadline.

WHEREFORE, Mr. Carman respectfully requests that the Court grant the Defendant's Unopposed Motion to Continue Detention Hearing beyond five days for good cause. Mr. Carman further requests that the continuance be granted for an indefinite period pending undersigned counsel's investigation whereby counsel will notify the Court when it is prepared to proceed. In the alternative, Mr. Carman would request at least a two-week continuance.

Dated: May 13, 2022

        MICHAEL L. DESAUTELS
        FEDERAL PUBLIC DEFENDER

By:   */s/ Sara M. Puls*
      Sara M. Puls
      Assistant Federal Public Defender
      95 Pine Street, Suite 150
      Burlington, Vermont 05401
      (802) 862-6990
      Counsel for Mr. Carman