REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

v.  Case No. 5:22-cr-49-1

Nathan Carman

TAKE NOTICE that the above-entitled case is rescheduled for Friday, May 27, 2022 at 2:30 PM, in Burlington, Vermont, before the Honorable Geoffrey W. Crawford, Chief Judge, for a Status Conference re: Competency.

Location: Courtroom 110

JEFFREY S. EATON, Clerk

REVISED FROM: Video conference to in-person hearing

By: *Pamela J. Lane*
Deputy Clerk
5/18/2022

TO:

Paul J. Van de Graaf, AUSA
Nathanael T. Burris, AUSA

Mary M. Nerino, AFPD
Michael L. Desautels, FPD
Sara M. Puls, AFPD

Sunnie Donath, Court Reporter