UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 5:22-cr-49-gwc |
| NATHAN CARMAN, | ) | |
|     Defendant. | ) | |

## DEFENDANT'S NOTICE OF FILING EXHIBITS FOR MOTION FOR PRE-TRIAL RELEASE ON CONDITIONS

Mr. Carman intends to request the Court to admit and consider the following Exhibits in support of his motion for pre-trial release on conditions.

**Exhibit A**: Letter from Renee Scarpantonio, June 12, 2022.

**Exhibit B**: Letter from Richard Sabato, June 14, 2022.

**Exhibit C**: Letter from Pastors Bruce Burks and Derek Irvine, Vernon Advent Christian Church, May 27, 2022.

**Exhibit D**: Findings of Fact and Conclusions of Law, *National Liability & Fire Insurance Company v. Carman*, United States District Court for the District of Rhode Island, Case No. 17-038-JJM-PAS, (Nov. 4, 2019).

Dated at Burlington, Vermont, this 6th day of July, 2022.

Respectfully submitted,

MICHAEL L. DESAUTELS
Federal Public Defender

By:  */s/ Sara M. Puls*
Sara M. Puls
Assistant Federal Public Defender
Office of the Federal Public Defender
95 Pine Street, Suite 150
Burlington, VT 05401
802-862-6990