
DEFENDANT'S EXHIBIT A

████████████
████████, CT 06033
June 12, 2022

The Honorable Chief Judge Crawford

My name is Renee Scarpantonio and I have been the president of Hunters Run Stable, Inc for the last 28 years. I owned and operated (until just recently) a horse farm in Glastonbury, CT. Nathan Carman started riding at my barn when he was about six years old. His old barn was closing and his mother bought one of the lesson ponies from that farm to bring to Hunters Run. Linda and Nathan were regularly at the barn taking lessons, riding and horse showing. We were at away horse shows almost every weekend. Nathan rode with us for many years and had numerous different ponies and later horses as he progressed and grew. I would say that I got to know both of them (and Nathans grandparents) pretty well. We were invited yearly to 'The Farm' in Chesterfield, NH for the Holiday celebration as well as other celebrations. We were all very fond of the Chakalos Family. One year we rented Linda's RV from her for a family trip. I would trailer Nathan's pony to his school almost every year so he could share his love of horses with his classmates. Needless to say – we considered them friends.

I am very aware that Nathan has some very serious charges against him. As a child and young teenager – I never witnessed or heard that Nathan had any outbursts or aggressive behaviors. He mostly kept to himself and was always at the barn with his mother and occasionally his father. As Nathan got older – we felt that he would do best at a barn with all adults. He would get picked on by some of our other teenaged riders. At about age 15 or 16 – Linda and Nathan took his horse to an adult barn in Haddam, CT. It was at this barn that Nathan's horse died. Although I did not see Nathan at this time, I can assure you that losing a horse is a very traumatic event even for an adult. I am sure Nathan was distraught by this loss and it would be normal to have some mental anguish afterwards.

During the many years at Hunters Run, Nathan's grandfather took care of all the financial responsibilities of boarding his pony/horse, his riding lessons and show expenses. He would give me a large check and I was told to let him know when that was used up and he would send another. He had everything he needed for his horses and money never seemed to be an issue. I see no financial motive for Nathan to have killed his grandfather because he seemed to give Nathan everything he wanted. He and Nathan seemed to have a very special relationship.

If I can be of any further help, please feel free to call me at ( ████████
Thank you for your consideration

*Renee Scarpantonio* (signature)

Renee Scarpantonio
President Hunters Run Stables, Inc