Richard Sabato
███████
███████ CT 06416



**DEFENDANT'S EXHIBIT B**

June 15, 2022

Honorable Chief Judge Crawford,

I am Richard Sabato a husband, father and businessman living in Middletown, CT. I knew Nathan Carman for a few years when he was in Cub Scouts and Boy Scouts. I had not seen him since then until a few years ago when I met him at Church. But I have not seen him since before the Covid affair started.

I am aware of the most serious charges against him, including allegations that he murdered his grandfather and mother, both of whom I had the pleasure of meeting.

I met Linda Carmen through Scouting events and I met John Chakalos when he hosted our Boy Scout troop for an overnight stay at his house in Vermont so the boys could work on their merit badges.

I found Mr. Chakalos to be a gracious gentleman and Nathan seemed to bond with him. He opened his home and his business to us so the boys could learn about construction, a merit badge requirement. He had us on a job site where his project manager showed us the process of new construction. I believe Mr. Chakalos had hopes for Nathan to come into the business one day and this was a good primer for him. Mr. Chakalos's generosity provided us with a most enjoyable and successful trip and Nathan seemed proud of him.

Driving to Vermont, staying overnight working together all day and then driving back kept the boys in close quarters. This is usually a recipe for some outbursts and bad behavior. To my knowledge we had none of that from Nathan or any of the boys. I was not aware of any aggressive or explosive rages from Nathan, only compliance and a warmth towards his grandfather. It was a fun trip for all including Linda.

A few years ago when I saw Nathan at our Church. I hardly recognized him as he was now a young man. We had a meal together after Church and discussed the good old days and what his plans were for the future. He seemed mature, lucid, calm and most polite. He had manners enough to offer to pay for the meal. It was a treat to be with him and witness his maturity after so many years. When I asked him what brought him to our Church he said his grandfather used to take him with him to a Greek Orthodox Church and he missed it. He had been looking for such a church but he couldn't find one close by. He came to our Church because it is a Traditional Latin Rite service, the closest he could find to the Greek Orthodox Rite he enjoyed so much with his grandfather. While in the Church Nathan was quiet, respectful and prayerful.

It is my opinion based on my interactions with the family that Nathan had no motive to kill his grandfather who provided for him, loved him and whom Nathan cared for very much. It seemed to me that Nathan respected is grandfather as a strong father figure in his life. Nathan spent much time with his mother on outdoor treks and adventures. These events typically produce bonding and strengthen relationships. I just don't see the motive for him killing her who was his partner in so many adventures with more yet to come.

I hope this insight helps you in this most important situation.

Respectfully

*R. Sabato*

Richard Sabato