## Vernon Advent Christian Church

Vernon, VT 05354

802-

Rev. Bruce C. Burks, Sr. Pastor                    Rev. Derek Irvine, Assoc. Pastor

May 27, 2022

Dear Honorable Judge,

    As pastors of the Vernon Advent Christian Church, I, Bruce Burks, and I, Derek Irvine, are writing on behalf of Nathan Carman, currently an inmate at the Cheshire County Department of Corrections in Keene, NH. We first met Nathan about five (5) or six (6) years ago when he attended Wednesday Evening Bible study at our church. He also attended holiday services at our church as well as special community dinners. We visited him in his home and once assisted him to install a jacuzzi tub in his renovated house. Our interactions with Nathan were always pleasant. We were impressed by his intelligence displayed in our discussions. We never felt any threat from him to us or our congregation, even though we are fully aware of the charges against him. In our opinions, Nathan seems to be stable and does not pose a threat to the community.

Respectfully yours,

*Bruce C. Burks*
Bruce Burks, Sr. Pastor

*Derek Irvine*
Derek Irvine, Assoc. Pastor