UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 5:22-CR-49 |
| ) | |
| NATHAN CARMAN, ) | |
|    Defendant. ) | |

**GOVERNMENT'S NOTICE OF FILING EXHIBIT FOR OPPOSITION TO DEFENDANT'S MOTION FOR PRE-TRIAL RELEASE ON CONDITIONS**

The United States of America intends to request that the Court admit and consider the following Exhibit in support of its opposition to the defendant's motion for release on conditions:

**Exhibit 1**: Letter from Elaine Chakalos and Charlene Gallagher dated July 19, 2022.

Dated at Burlington, in the District of Vermont, this 29th day of July, 2022.

                        Respectfully submitted,

                        UNITED STATES OF AMERICA

                        NIKOLAS P. KEREST
                        United States Attorney

By:    */s/ Nathanael T. Burris*
        NATHANAEL T. BURRIS
        PAUL J. VAN DE GRAAF
        Assistant U.S. Attorneys
        P.O. Box 570
        Burlington VT 05402-0570
        (802) 951-6725