July 19, 2022

To: Nathanael T. Burris
Paul J. Van de Graaf
United States Attorney's Office
District of Vermont
P.O. Box 570
Burlington, VT 05402
nate.burris@usdoj.gov
paul.van.de.graaf@usdoj.gov

From: Elaine Chakalos
Charlene Gallagher

Re: Matter of Release of Nathan Carman

Dear Mr. Van de Graaf and Mr. Burris:

This letter is provided to you concerning the recent request of Nathan Carman to be released from pretrial detention in his current case, United States v. Nathan Carman, Case No. 5:22-cr-00049. This letter is jointly written on behalf of the family of John Chakalos and Linda Carman, Nathan's grandfather and mother, respectively.

At this time, we understand that Nathan's counsel submitted a request that he be released from jail on certain conditions of release. Such a release, even under conditions which might include electronic monitoring, is very concerning to us. We strongly support the actions of the US Attorney's Office to have Nathan remain in custody as we firmly believe, knowing Nathan better than anyone, that he is both a danger to this family and a flight risk. Actions that Nathan took during the investigation into the murder of our father, John Chakalos, showed meticulous planning. It is our understanding that he had a device found during one of the searches of his residence that allowed him to search the internet anonymously (an onion router), that during the relevant time of our father's murder, Nathan's phone was off so that it could not be tracked via cell towers, that he destroyed his computer hard drive and vehicle's GPS device ensuring that they could not be forensically examined by police. During the relevant time frame of our father's murder there is video evidence of Nathan leaving his apartment complex, making his "alibi" that he got lost for approximately an hour driving around the local area in which he grew up and was intimately familiar, unbelievable. In addition, we understand that he lied to the police numerous times during his videotaped interviews related to his purchase of and access to a firearm that was found consistent with the murder weapon.

These actions show a willingness to plan, obstruct an investigation and lie, all involving a heinous murder. In addition, we are very familiar with the version of events Nathan has provided regarding the death of his mother and there has been developed over time a significant amount of objective evidence that contradicts Nathan's version of events surrounding that death as well.

During our search for justice over these many years, Nathan is all too familiar with the family's efforts to hold him accountable and now that the United States Attorney's Office for the District of Vermont has seen fit to seek justice Nathan will certainly hold the family responsible for him facing accountability for his actions, especially as he faces the potential for life imprisonment.

Accordingly, we are very concerned that Nathan has nothing to lose if he is allowed out of jail at this time and will seek retribution against the family. In addition, shortly Nathan will have a non-discretionary distribution made to him from a family trust that would allow him significant ability to flee the jurisdiction of the court and allow him sufficient funds to carry out further acts of violence to the family.

While we recognize that it is not common for letters such as this to be provided to the court, we wanted to raise our very strong concerns related to Nathan's potential release.

Sincerely,

Dated: July 19, 2022

Elaine Chakalos

Dated: July 27, 2022

Charlene Gallagher