UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 5:22-cr-00049 |
| | ) | |
| NATHAN CARMAN | ) | |

**DEFENDANT'S SUPPLEMENTAL EXHIBIT IN SUPPORT OF PRETRIAL RELEASE**

The defendant in this case, Nathan Carman, by and through counsel, Sara M. Puls, hereby files the following supplemental exhibit in support of his pretrial release.

Attached hereto is Exhibit E (letter from Clark Carman, Nathan's father) in support of Mr. Carman's previously filed Motion for Pre-Trial Release on Conditions.

Dated at Burlington, Vermont this 1st day of August, 2022.

MICHAEL L. DESAUTELS
Federal Public Defender

By:    */s/ Sara M. Puls*
Sara M. Puls
Assistant Federal Public Defender
Office of the Federal Public Defender
95 Pine Street, Suite 150
Burlington, VT 05401
802-862-6990