Judge Crawford:

My name is Clark Carman, the father of Nathan Carman, who is before you requesting release until his trial. Nathan is a responsible young man who poses no risk to himself or others. He has no on going mental health issues and has not had any issues since his late teens. He is in no position to flee and is only interested in proving his innocence of the accusations. We have dealt with this for over six years and he stayed the course, not fled, and has maintained good standing in the community. I have never experienced any physical outbursts by Nathan and there is no reason why he would harm the two most important people in his life, his mother and his grandfather or anyone else. They were very close and they provided the support functions for him.

Nathan was the first born male in a Greek family. As such his grandfather doted on him from the beginning which never stopped. This created a resentment by his aunts coupled with the fact he had Asperger's which seemed to make them jealous of the situation. This continued throughout Nathan's life.

I hope you take into account these facts and the fact that he has been a model prisoner while incarcerated. He is a good person and only wants to prove his innocence.

Sincerely,

*[signature]*

Earle Clark Carman
08/01/2022