✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

UNITED STATES OF AMERICA

V.

NATHAN CARMAN

**EXHIBIT AND WITNESS LIST**

Case Number: 5:22-cr-49-1

| PRESIDING JUDGE<br>Geoffrey W. Crawford | | | PLAINTIFF'S ATTORNEY<br>Nathanael Burris & Paul Van de Graaf, AUSA | | DEFENDANT'S ATTORNEY<br>Mary Nerino & Sara Puls, AFPD |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>8/2/2022 | | | COURT REPORTER<br>Sunnie Donath | | COURTROOM DEPUTY<br>Emerson Howe |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 1 | | 8/2/2022 | Yes | Yes | Northwestern CT Community College Coursework Report |
| 2 | | 8/2/2022 | Yes | Yes | Nathan Carman Net Worth Over Time Chart |
| | | | | | |
| | A | 8/2/2022 | Yes | Yes | 7/21/2014 Middlesex Hospital Preliminary Report |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages