UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Docket No. 5:22-CR-49 |
| | ) | |
| NATHAN CARMAN, | ) | |
|     Defendant. | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on a joint motion of the United States and defendant Nathan Carman for Designation as a Complex Case and Exclusion of Time Pursuant to the Speedy Trial Act. The parties jointly move the Court to exclude the time between the filing of this joint motion and the date of the next Status Conference from the calculation of the time trial must commence pursuant to the Speedy Trial Act.

The Court, having considered the Motion, finds that that failure to grant the requested exclusion "would be likely to make a continuation of [the trial] impossible, or result in a miscarriage of justice," 18 U.S.C. § 3161(7)(B)(i), and that "it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by" the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii). The Court finds that the ends of justice served by excluding this time outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

The Court hereby ORDERS:

1. That the joint motion is GRANTED and the matter designated as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii); and

2. That the time between August 11, 2022, and the next Status Conference, on _____, is excluded from the calculation of the time trial must commence pursuant to the Speedy Trial Act.

Dated at _____, in the District of Vermont, this \_\_\_\_ day of August, 2022.

_____
GEOFFREY W. CRAWFORD
Chief United States District Judge