REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

      v.                                 Case No.  5:22-cr-49-1

Nathan Carman

TAKE NOTICE that the above-entitled case is rescheduled for Wednesday, October 5, 2022 at 1:30 PM, in Rutland, Vermont, before the Honorable Geoffrey W. Crawford, Chief Judge, for a Status Conference.

| | |
|---|---|
| Location: Main Courtroom | JEFFREY S. EATON, Clerk |
| REVISED FROM: 9/30/2022 at 11:00 AM in Burlington | By: *Pamela J. Lane*<br>Deputy Clerk<br>9/13/2022 |

TO:

Paul J. Van de Graaf, AUSA
Nathanael T. Burris, AUSA

Mary M. Nerino, AFPD
Michael L. Desautels, FPD
Sara M. Puls, AFPD

Sunnie Donath, Court Reporter