SECOND REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF VERMONT

United States of America

    v.                                                           Case No.  5:22-cr-49-1

Nathan Carman

TAKE NOTICE that the above-entitled case is rescheduled for Tuesday, December 6, 2022 at 1:30 PM, in Rutland, Vermont, before the Honorable Geoffrey W. Crawford, Chief Judge, for a Status Conference.

Location: Main Courtroom                       JEFFREY S. EATON, Clerk

REVISED FROM: 10/5/2022                  By: *Pamela J. Lane*
                                                                     Deputy Clerk
                                                                    10/4/2022

TO:

Paul J. Van de Graaf, AUSA
Nathanael T. Burris, AUSA

Martin J. Minnella, Esq.
Robert W. Katims, Esq.

Sunnie Donath, Court Reporter