UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 5:22-CR-49 |
| ) | |
| NATHAN CARMAN ) | |

## MOTION FOR ADMISSION PRO HAC VICE

NOW COMES, the undersigned attorney Robert W. Katims, and hereby respectfully requests, pursuant to Local Rule 83.1(b) that this Court grant this Motion for Admission Pro Hac Vice allowing Attorney David Sullivan to represent Defendant Nathan Carman in this matter. Attorney Sullivan will be co-counsel with Attorney Minnella. The undersigned will serve as local counsel.

In support of this Motion, Attorney Sullivan certifies, by his respective Affidavit, attached as Exhibit A, his membership in good standing of state and federal courts, along with a Certificate of Good Standing from the State of Connecticut and the United States Supreme Court, attached as Exhibit B.

In further support of this Motion, the undersigned, Robert Katims, Esq. states that he is a member of the bar of this Court. He has consented to associate with and act as local counsel for Attorney Sullivan on behalf of the Defendant herein.

WHEREFORE, the undersigned respectfully requests that the Court grant his motion.

DATED at Burlington, Vermont this 11th day of October, 2022.

By: _____
Robert W. Katims, Esq.
Hoff Curtis
60 Main Street
Burlington, VT 05401
(802) 864-6400

