# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 5:22-CR-49
)
NATHAN CARMAN )

### AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, David X. Sullivan, hereby affirm under the penalties of perjury:

1. I am an attorney licensed to practice law in the State of Connecticut where I am a partner in the law firm of McCarter & English, LLP.

2. I am counsel for Defendant, Nathan Carman and seek to be admitted to practice law in the District of Vermont *pro hac vice* for the sole purpose of representing Mr. Carman in the above-captioned criminal case.

3. I have been a licensed attorney in the State of Connecticut since December 5, 1988. My Connecticut State Bar number is 308798.

4. I previously served as Assistant United States Attorney for 30 years, representing the United States in Federal District Court in both civil and criminal cases.

5. I have been admitted to practice law in the State of Connecticut, the United States Court of Appeals, Second Circuit, and the United States District Court for the District of Connecticut, where I am a member in good standing.

6. I have never been disbarred or suspended, nor am I the subject of any pending disciplinary proceeding in any jurisdiction where I have been admitted generally, *pro hac vice,* or in any other way.

7. I have fully reviewed, and am familiar with, the Federal Rules of Civil and Criminal Procedure, the Local Rules of the District of Vermont, and the Vermont Rules of Professional Conduct.

8. I designate Robert Katims, Esquire, of the Law Firm of Hoff Curtis, P.C., 60 Main Street, Burlington, Vermont 05401 as my agent for service of process and the District of

ME1 42721369v.1

Vermont as the forum for the resolution of any dispute arising out of my admission to practice *pro hac vice* in this matter.

Respectfully Submitted,

David X. Sullivan
dsullivan@mccarter.com
McCarter & English, LLP
185 Asylum Street, CityPlace I
Hartford, CT 06103
860-275-6708
CT Bar No. 308798
Fed. Bar No. ct03793

October 6, 2022

ME1 42721369v.1