UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.   )<br>)<br>NATHAN CARMAN,   )<br>)<br>Defendant.   ) | Case No. 5:22-cr-49 |

## ORDER

This matter is before the Court on a joint motion of the United States and defendant Nathan Carman. The parties jointly move the Court to extend the pre-trial motions deadline to December 6, 2022, and to exclude time for purposes of the Speedy Trial Act nunc pro tunc from September 30, 2022 to December 6, 2022.

The Court, having considered the Motion, finds that that failure to grant the requested exclusion "would be likely to make a continuation of [the trial] impossible, or result in a miscarriage of justice," 18 U.S.C. § 3161(7)(B)(i), and that "it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by" the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii). The Court finds that the ends of justice served by excluding this time outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

The Court hereby ORDERS:

1. That the pre-trial motions deadline is extended to December 6, 2022; and

2. That the time between September 30, 2022, and December 6, 2022, is excluded from the calculation of the time trial must commence pursuant to the Speedy Trial Act.

Dated at Burlington, in the District of Vermont, this 19th day of October, 2022.

/s/ Geoffrey W. Crawford
Chief Judge
United States District Court