UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Docket No. 5:22-CR-49 |
| ) | |
| NATHAN CARMAN, ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

This matter is before the Court on a joint motion of the United States and defendant Nathan Carman. The parties jointly move the Court to extend the pre-trial motions deadline to February 15, 2023, and to exclude time for purposes of the Speedy Trial Act *nunc pro tunc* from December 6, 2022, to February 15, 2023.

The Court, having considered the Motion, finds that that failure to grant the requested exclusion "would be likely to make a continuation of [the trial] impossible, or result in a miscarriage of justice," 18 U.S.C. § 3161(7)(B)(i), and that "it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by" the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii). The Court finds that the ends of justice served by excluding this time outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

The Court hereby ORDERS:

1. That the pre-trial motions deadline is extended to February 15, 2023; and

2. That the time between December 6, 2022, and February 15, 2023, is excluded from the calculation of the time trial must commence pursuant to the Speedy Trial Act.

Dated at _____, in the District of Vermont, this \_\_\_\_ day of December 2022.

_____
CHRISTINA REISS
United States District Judge