NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                                                          Case No.  5:22-cr-49-1

Nathan Carman

TAKE NOTICE that the above-entitled case is scheduled for Thursday, February 2, 2023 at 1:30 PM in Rutland, Vermont, before the Honorable Geoffrey W. Crawford, Chief Judge, for a Status Conference and Hearing on First Motion for Bill of Particulars as to Counts 1-6 and Count 8 (Doc. 59).

Location: Main Courtroom                                          JEFFREY S. EATON, Clerk

                                                                                                                   By: *Pamela J. Lane*
                                                                                                                   Deputy Clerk
                                                                                                                   1/19/2023

TO:

Paul J. Van de Graaf, AUSA
Nathanael T. Burris, AUSA

Martin J. Minnella, Esq.
David X. Sullivan, Esq.
Robert W. Katims, Esq.

Sunnie Donath, Court Reporter