# EXHIBIT A

Agency: **Windsor Police Department**
Officer ID/Name: **3795 \ WILLIAM FREEMAN**
Date: **7/17/2014 12:00:00PM**

**Incident**
Incident Number: 2013-53467
Case Number: 2013-53467

[redacted] This caliber of this patricular rifle is consistent with the caliber used in the homicide of John Chakalos. [redacted]

00001806