REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF VERMONT

United States of America

     v.                                            Case No. 5:22-cr-49-1

Nathan Carman

TAKE NOTICE that the above-entitled case is rescheduled for Tuesday, February 7, 2023 at 1:30 PM in Rutland, Vermont, before the Honorable Geoffrey W. Crawford, Chief Judge, for a Status Conference and Hearing on the First Motion for Bill of Particulars as to Counts 1-6 and Count 8 (Doc. 59) and Motion for Partial Disclosure of Grand Jury Minutes (Doc. 62).

| | |
|---|---|
| Location: Main Courtroom | JEFFREY S. EATON, Clerk |
| PREVIOUSLY SCHEDULED:<br>2/2/2023 | By: *Pamela J. Lane*<br>Deputy Clerk<br>1/31/2023 |

TO:

Paul J. Van de Graaf, AUSA
Nathanael T. Burris, AUSA

Martin J. Minnella, Esq.
David X. Sullivan, Esq.
Robert W. Katims, Esq.

Sunnie Donath, Court Reporter