U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2023 FEB 17 AM 9: 27

CLERK
BY ΕΉ
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Docket No. 5:22-CR-49 |
| ) | |
| NATHAN CARMAN, ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on a joint motion of the United States and defendant Nathan Carman. The parties jointly move the Court to extend the pre-trial motions deadline to April 17, 2023; to set a May 1, 2023, deadline for the government's expert disclosures and a July 1, 2023, deadline for defense expert disclosures; and to exclude time until October 10, 2023, for purposes of the Speedy Trial Act because the ends of justice would be best served by excluding this time.

The Court, having considered the Motion, finds that that failure to grant the requested exclusion "would be likely to make a continuation of [the trial] impossible, or result in a miscarriage of justice," 18 U.S.C. § 3161(7)(B)(i), and that "it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by" the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii). The Court finds that the ends of justice served by excluding this time outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

The Court hereby ORDERS:

1. That the pre-trial motions deadline is extended to April 17, 2023;

2. That, pursuant to Fed. R. Crim. P. 16(a)(1)(G) and 16(b)(1)(C), the government's expert witness disclosures shall be made by May 1, 2023, and the defendant's expert witness disclosures shall be made by July 1, 2023; and

3. That the time from February 15, 2023, until October 10, 2023, is excluded from the calculation of the time trial must commence pursuant to the Speedy Trial Act.

Dated at Burlington, in the District of Vermont, this 17th day of February 2023.

_____
GEOFFREY W. CRAWFORD
Chief United States District Judge