UNTIED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 5:22-CR-00049 (GWC) |
| | : | |
| v. | : | |
| | : | |
| NATHAN CARMAN | : | MARCH 21, 2023 |

### DEFENDANT NATHAN CARMAN'S
### MOTION FOR DISCLOSURE OF *BRADY* MATERIAL

Defendant, Nathan Carman, respectfully moves this Court for an order requiring the Government to produce all exculpatory evidence in its possession, custody, or control pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and D. Vt. Local R. Crim. P. 16(a)(2). The disclosure of exculpatory evidence is necessary to ensure Mr. Carman receives a fair trial. Accordingly, the Court should grant Mr. Carman's motion.

In accordance with D. Vt. Local R. Crim. P. 16(f), counsel for Mr. Carman and the Government met and conferred telephonically regarding the requested disclosure on March 20, 2023, at approximately 4:00 p.m. Counsel on the meet and confer call on behalf of Mr. Carman was Attorney David X. Sullivan, and counsel for the Government was Assistant U.S. Attorneys Paul J. van de Graaf and Nathanael T. Burris. Counsel for both parties agreed to work pursuant to this motion and informally to ensure the disclosure of all *Brady* material.

WHEREFORE, for the reasons set forth herein and in the accompanying memorandum of law, Defendant, Nathan Carman, respectfully requests that the Court grant his Motion for Disclosure of *Brady* Material.

ME1 44444220v.1

Dated: March 21, 2023                Respectfully submitted,
   Hartford, Connecticut
            DEFENDANT
            NATHAN CARMAN


By: /s/ *David X. Sullivan*
  David X. Sullivan, Esq. (*Pro Hac Vice*)
  dsullivan@mccarter.com
  McCARTER & ENGLISH, LLP
  CityPlace I, 36th Floor
  185 Asylum Street
  Hartford, CT 06103
  Phone: (860) 275-6700
  Fax: (860) 724-3397


  /s/ *Martin J. Minnella*
  Martin J. Minnella, Esq. (*Pro Hac Vice*)
  pcrean@mtelawfirm.com
  MINNELLA, TRAMUTA, & EDWARDS, LLC
  40 Middlebury Road
  Middlebury, CT 06762
  Phone: (203) 573-1411
  Fax: (203) 757-9313


  /s/ *Robert W. Katims*
  Robert W. Katims, Esq.
  rkatims@hoffcurtis.com
  HOFF CURTIS
  60 Main Street
  Burlington, VT 05401
  Phone: (802) 864-6400

ME1 44444220v.1

## **CERTIFICATION**

I hereby certify that on this date a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

/s/ *David X. Sullivan*
David X. Sullivan (*Pro Hac Vice*)