NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                          Case No. 5:22-cr-49-1

Nathan Carman

TAKE NOTICE that the above-entitled case has been scheduled at 01:00 p.m. on Wednesday, May 17, 2023 in Rutland, Vermont, before Honorable Geoffrey W. Crawford, District Judge, for a Hearing on Motion for Release of *Brady* Materials (Doc. 75), Motion for Disclosure of *Giglio* Material (Doc. 76), Motion for Disclosure of *Jencks* Material (Doc. 78), Motion for Disclosure of Rule 404(b) Material (Doc. 79), and Motion for Notice of Intent to Use Residual Hearsay Exception (Doc. 80).

Location: Main Courtroom, 2nd Floor

JEFFREY S. EATON, Clerk
By: /s/ Emerson Howe
Deputy Clerk
4/18/2023

TO:

Nathanael T. Burris, AUSA
Paul J. Van de Graaf, AUSA

David X. Sullivan, Esq.
Martin J. Minnella, Esq.
Robert W. Katims, Esq.

Sunnie Donath, Court Reporter