UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 5:22-CR-49 |
| | ) | |
| NATHAN CARMAN | ) | |

**MOTION TO WITHDRAW**

NOW COMES, the undersigned attorney, Robert Katims, Esq. and hereby moves to withdraw as Defendant's attorney (local counsel only).  In support of this motion, the undersigned attorney states the following:

1. The undersigned attorney has been confirmed as a Superior Court judge, and his law firm will cease the practice of law on May 31, 2023;

2. Attorney Sullivan and Mannelli have indicated that they will be hiring new local counsel, but have yet to do so.   They indicate they will be doing so in the near future.

DATED at Burlington, Vermont, this 27th day of May, 2023.

By: */s/ Robert Katims*
Robert W. Katims, Esq.
Hoffa Curtis
60 Main Street
Burlington, VT  05401
(802) 864-6400
rkatims@hoffcurtis.com