SECOND REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

     v.                                Case No. 5:22-cr-49-1

Nathan Carman

TAKE NOTICE that the above-entitled case has been rescheduled to 1:30 PM  on Wednesday, July 12, 2023 in Rutland, Vermont, before Honorable Geoffrey W. Crawford, District Judge, for a Hearing on Motion for Release of Brady Materials (Doc. 75), Motion for Disclosure of Giglio Material (Doc. 76), Motion for Disclosure of Jencks Material (Doc. 78), Motion for Disclosure of Rule 404(b) Material (Doc. 79), and Motion for Notice of Intent to Use Residual Hearsay Exception (Doc. 80).

Location: Main Courtroom, 2nd Floor             JEFFREY S. EATON, Clerk
*RESCHEDULED FROM  6/14/2023*          By: /s/  Emerson Howe
                                          Deputy Clerk
                                          6/8/2023

TO:

Nathanael T. Burris, AUSA
Paul J. Van de Graaf, AUSA

David X. Sullivan, Esq.
Martin J. Minella, Esq.

Sunnie Donath, Court Reporter