UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 5:22-CR-49 |
| | ) | |
| NATHAN CARMAN, | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the District of Vermont hereby dismisses the Indictment against defendant Nathan Carman in the above-captioned case. The United States received information from the U.S. Marshal that Carman died on or about June 15, 2023. Dismissal of the charges against Carman is thus appropriate. *See, e.g.*, *United States v. Wallace*, 12-CR-49, 2012 WL 12892177, at *1 (E.D. Wash. July 2, 2012) (finding dismissal of indictment or a portion of an indictment against deceased defendant "is in harmony with the public interest").

Dated at Burlington, in the District of Vermont, this 15th day of June 2023.

Respectfully submitted,

UNITED STATES OF AMERICA

NIKOLAS P. KEREST
United States Attorney

By:   */s/ Nathanael T. Burris*
NATHANAEL T. BURRIS
PAUL J. VAN DE GRAAF
Assistant U.S. Attorneys
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725

Leave of Court is granted for the filing of the foregoing dismissal and the Indictment is hereby dismissed.

_____                          _____
DATE                                            GEOFFREY W. CRAWFORD
                                                Chief United States District Judge