UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2023 JUN 15 AM 10: 26

CLERK

BY
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 5:22-cr-49 |
| NATHAN CARMAN, | ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the District of Vermont hereby dismisses the Indictment against defendant Nathan Carman in the above-captioned case. The United States received information from the U.S. Marshal that Carman died on or about June 15, 2023. Dismissal of the charges against Carman is thus appropriate. See, e.g., United States v. Wallace, 12-CR-49, 2012 WL 12892177, at *1 (E.D. Wash. July 2, 2012) (finding dismissal of indictment or a portion of an indictment against deceased defendant "is in harmony with the public interest").

Dated at Burlington, in the District of Vermont, this 15th day of June 2023.

Respectfully submitted,

UNITED STATES OF AMERICA

NIKOLAS P. KEREST
United States Attorney

By: /s/ Nathanael T. Burris
NATHANAEL T. BURRIS
PAUL J. VAN DE GRAAF
Assistant U.S. Attorneys
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725

Leave of Court is granted for the filing of the foregoing dismissal and the Indictment is hereby dismissed.

15 June 2023
DATE

Geoffrey W. Crawford, Chief Judge
United States District Court