# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                   Case No. 5:22-cv-49-1

Nathan Carman

TAKE NOTICE that the above-entitled case has been rescheduled to 11:00 a.m. on Monday, May 05, 2025 before Honorable Geoffrey W. Crawford, District Judge, for a hearing regarding Stipulated Protective Order (Doc. 26) via video conference.

| | |
|---|---|
| Location: via video conference | JEFFREY S. EATON, Clerk |
| *RESCHEDULED FROM 4/18/2025* | By: */s/ Emerson F. Howe* |
| | Deputy Clerk |
| | 3/17/2025 |

TO:

Nathanael T. Burris, AUSA
Paul J. Van de Graaf, AUSA

David X. Sullivan, Esq.
Martin J. Minnella, Esq.